**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

————————————————————X
:
SAFIA BEGUM, on behalf of herself and all other :
similarly situated, :
:
Plaintiff, : Civil Action No. 2:20-cv-13321-ESK
:
vs. :
: **WARRANT TO SATISY**
MICHAEL HARRISON, ATTORNEY AT LAW, : **JUDGMENT**
:
Defendant. :
:
————————————————————X

**TO THE CLERK OF THE ABOVE NAMED COURT:**

**WHEREAS,** Judgment was entered on December 28, 2022 in the above entitled action in favor of Plaintiff and against Defendant Michael Harrison, Attorney at Law, in the amount of $20,689.00 for attorney's fees and costs.

NOW, THEREFORE, this is your warrant and authority to enter on the aforesaid record, this warrant in full satisfaction of the above Judgment against Defendant Michael Harrison, Attorney at Law.

Dated:  October 4, 2023                    By: s/ Lawrence C. Hersh

                                                     Lawrence C. Hersh, Esq
                                                     *Attorney for Plaintiff*